**Dismiss and Opinion Filed February 28, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01481-CV

**ISABELLE EDWARDS, Appellant**
**V.**
**BOXER PROPERTY MANAGEMENT, Appellee**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-08079**

## MEMORANDUM OPINION

Before Justices Myers, Whitehill, and Pedersen, III
Opinion by Justice Myers

We questioned our jurisdiction over this appeal. Specifically, it appeared the appealed order, the order on motion to authorize disposal of property, was not appealable. Appellant had the opportunity to address our concerns, but failed to file a letter brief by her January 21, 2020 deadline to do so.

Subject to mostly statutory exceptions, an appeal may be taken only from a final judgment that disposes of all parties and claims. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). The record here reflects appellant's breach of contract/lease claim remains pending.

Because nothing before us demonstrates we have jurisdiction, we dismiss the appeal and all pending motions. *See* TEX. R. APP. P. 42.3(a).

/Lana Myers/

LANA MYERS
JUSTICE

191481F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

ISABELLE EDWARDS, Appellant

No. 05-19-01481-CV      V.

BOXER PROPERTY
MANAGEMENT, Appellee

On Appeal from the 193rd Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-19-08079.
Opinion delivered by Justice Myers.
Justices Whitehill and Pedersen, III
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED** for want of jurisdiction.

Judgment entered this 28th day of February, 2020.